IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MYRA COYER BOWLING                                                                PLAINTIFF

Vs.                              4:12-CV-00264 BRW

O'REILLY AUTOMOTIVE, INC.
BENEFIT PLAN and THE HARTFORD
LIFE AND ACCIDENT INSURANCE COMPANY                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing plaintiff's complaint with prejudice.

IT IS SO ORDERED this 25th day of January, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE